NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JUN 24 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-4530 |
| Plaintiff - Appellee, | D.C. No. 2:23-cr-00047-TOR-2 |
| v. | |
| LUIS ESQUIVEL-BOLANOS, AKA Colorado, AKA Luis Esquivel Bolanos, AKA Luis Alberto Esquivel-Bolanos, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Thomas O. Rice, District Judge, Presiding

Submitted June 22, 2026**

Before: CANBY, BENNETT, and BADE, Circuit Judges.

Luis Esquivel-Bolanos appeals from the district court's judgment and

challenges his jury-trial conviction and aggregate 228-month sentence for

conspiracy to distribute controlled substances, distribution of methamphetamine,

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

and possession with intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, and possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A)(i).

Esquivel-Bolanos's counsels filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Esquivel-Bolanos has not filed a pro se supplemental brief.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous arguments to be made on direct appeal.

Esquivel-Bolanos's pro se requests to appoint new counsel are denied. Counsels' motion to withdraw is granted.

**AFFIRMED.**